IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CV-109-FL

| | | |
|---|---|---|
| HELEN C. CASHWELL Trustee, BRAD R. JOHNSON, ELCI WIJAYANINGSIH, and RUSSELL W. KINCAIDE, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | ORDER |
| v. | ) ) | |
| TOWN OF OAK ISLAND, NORTH CAROLINA; DAVID KELLY in his individual capacity; DAVID HATTEN in his individual capacity; KATIE COLEMAN in her individual capacity, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on plaintiffs' motion to stay part of defendants' motion to dismiss, or, in the alternative for extension of time to file response thereto (DE 29), and defendants' motion for extension of time to file reply (DE 31). In order to ensure just consideration of all issues raised by defendants' motion to dismiss, the court DENIES plaintiffs' motion to stay. Defendants' motion for extension of time is DENIED AS MOOT. However, the court allows plaintiffs **14 days** from the date of this order to respond to those parts of the motion to dismiss not addressed in their initial response filed December 3, 2018. Defendants shall file a reply within **14 days** of filing of plaintiffs' response. Thereupon, the clerk is DIRECTED to resubmit the motion to dismiss (DE 22) for decision by the court.

SO ORDERED, this the 25th day of January, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge